# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| FIRST NATIONAL CAPITAL, L.L.C. | CIVIL ACTION NO. 17-1560 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| S-3 PUMP SERVICE, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Court having considered the Appellant, First National Capital, L.L.C.'s ("First National") Motion for Leave to Appeal (Record Document 4);

**IT IS ORDERED** that the Motion is **DENIED**. The Fifth Circuit has stated "[t]he decision to grant or deny leave to appeal a bankruptcy court's interlocutory order is committed to the district court's discretion." <u>Stumpf v. McGee</u> (<u>In re O'Connor</u>), 258 F.3d 392, 399-400 (5th Cir. 2001). Accordingly, in the present action, since the partial final judgment will not be final until the Bankruptcy Court issues a final judgment regarding attorney's fees and interest, it would not be in the interest of judicial efficiency to grant First National's Motion for Leave to Appeal.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 19th day of January, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT